FILED: April 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1290
(2:18-cv-00226-RAJ-LRL)

_____

JULIE A. SU, Acting Secretary of Labor, United States Department of Labor

    Plaintiff - Appellee

v.

MEDICAL STAFFING OF AMERICA, LLC, d/b/a Steadfast Medical Staffing, a limited liability company; LISA ANN PITTS, individually and as owner and officer of the aforementioned company

    Defendants - Appellants

_____

O R D E R

_____

The court substitutes Julie A. Su for Martin J. Walsh as a party to this proceeding.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk